UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO.: 11-CV-113-OC-34TEM

DOMENICK CUTUGNO, an individual, and LINDA CUTUGNO, an individual, on behalf of themselves and all others similarly situated,

        Plaintiffs,

v.

SECOND CHANCE JAI ALAI LLC, a Florida Corporation

        Defendant.

_____/

## COURT'S INTERROGATORIES TO PLAINTIFF, DOMENICK CUTUGNO

1. During what period of time were you employed by the Defendant?

   Response:

   May 2008 through January 2011.

2. Who was your immediate supervisor?

   Response:

   From May 2008 through October 2008, Chad Allen; From October 2008 through November 2010, Pat Garrity; and From November 2010 through January 2011, Roger Corsarcat.

3. Did you have a regularly scheduled work period? If so, specify.

   Response:

Wednesday 12:00 pm to 7:00 pm; Thursday 12:00 pm to 6:00 pm; Friday 12:00 pm to 6:00 pm; Saturday 12:00 to 6:00 pm; and Our schedule would change a little from week to week. Working about 24+ hours a week up until the first week in January of 2011 when it was cut back to 18 hours over three day.

4. What was your title or position? Briefly describe your job duties.

   Response:

   I was a poker dealer for the Defendant, which included dealing the cards to the customer, and engaging in customer relations in order to obtain tips.

5. What was your regular rate of pay?

   Response:

   $4.19 an hour plus tips

6. Provide an accounting of your claim, including:

   (a) dates;

   Response:

   I received $4.19 an hour plus tips at all times during employment

   (b) regular hours worked;

   Response:

   See Response to #3 above.

   (c) over-time hours worked;

   Response:

   N/A

   (d) pay received versus pay claimed; and

   Response:

The difference between the hourly rate paid ($4.19) and the federal minimum wage rate, which was $5.85 until July 23, 2008, $6.55 until July 23, 2009, and $7.25 through the end of the Plaintiff's employment.

(e) total amount claimed.

Response:

Depending on the hours worked (demonstrated by pay records) by the minimum wage rate difference above.

7. When did you (or your attorney) first complain to your employer about alleged violations of the FLSA?

Response:

N/A

8. Was this complaint written or oral? (If a written complaint, please attach a copy).

Response:

N/A

9. What was your employer's response? (If a written response, please attach a copy).

Response:

N/A

10. Did you maintain any records of the hours you worked?

If so, identify all such records.

Response:

Pay stubs, tip out slips and personal ledger.

_____
DOMENICK CUTUGNO

STATE OF FLORIDA    )
                    ) ss
COUNTY OF Clay      )

BEFORE ME, the undersigned authority, on this day, personally appeared , who being first duly sworn, deposes and says that he/she has read the foregoing Answers to Interrogatories, knows the contents of same, and to the best of his/her knowledge and belief, the same are true and correct.

SWORN TO AND SUBSCRIBED before me on this 9 day of May, 2011.

Produced a FL. STID as Identification

NOTARY PUBLIC
Lois Morse
Signature of Person Taking Acknowledgment
Notary Stamp Print Name:
Title: Notary Public
Serial No. (if any):
Commission Expires:

[Notary Seal: LOIS MORSE, MY COMMISSION EXPIRES December 2, 2011, #DD 703621, Bonded thru Notary Public Underwriters, NOTARY PUBLIC, STATE OF FLORIDA]

4