UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

DOMENICK CUTUGNO, an individual and
LINDA CURUGNO, an individual on behalf of
themselves and all others similarly situated,

    Plaintiffs,

v.                                                Case No.  5:11-cv-113-Oc-34TBS

SECOND CHANCE JAI ALAI LLC, a Florida
corporation, JOSEPH JAMES COFFEY, an
individual and BRIAN MATTHEWS, an
individual,,

    Defendants.
_____/

## AMENDED ORDER

Pending before the Court is the plaintiffs' Unopposed Motion to Extend the Close of Discovery (Doc. 35).  After due consideration, the motion is  GRANTED.  The parties shall have through May 2, 2012 within to complete their discovery.  This Order does not alter any other dates or deadlines in this case.

IT IS SO ORDERED.

DONE AND ORDERED in Ocala, Florida, on January 18, 2012.

THOMAS B. SMITH
United States Magistrate Judge

Copies to all Counsel